ROBERT BARNES (S.B. #235919)
robertbarnes@barneslawllp.com
BARNES LAW
22631 Pacific Coast Hwy, Suite 362
Malibu, CA 90265
Telephone: (310) 510-6211
Facsimile: (310) 510-6225

Attorneys for Relator Citizens
Against Corporate Crime LLC

DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
EVAN M. JONES (S.B. #115827)
ejones@omm.com
DAVID MARROSO (S.B. #211655)
dmarroso@omm.com
MEGAN K. SMITH (S.B. #307381)
megansmith@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

Attorneys for Defendant
Lennar Corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| Citizens Against Corporate Crime, LLC, as Relator,<br><br>Plaintiff,<br><br>v.<br><br>Lennar Corporation and Does 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01269-TLN-DB<br><br>Hon. Troy L. Nunley<br><br>Hon. Deborah Barnes<br><br>**JOINT STIPULATION FOR STAY PENDING RESOLUTION OF DELAWARE BANKRUPTCY PROCEEDINGS** |

This stipulation is made by and between Relator Citizens Against Corporate Crime, LLC ("CACC"), on the one hand, and defendant Lennar Corporation ("Lennar"), on the other hand, through their respective undersigned counsel of record, with reference to the following facts:

**WHEREAS**, on February 24, 2017, Relator commenced this action by filing under seal a complaint in the Superior Court of the State of California, County of Sacramento captioned *Citizens Against Corporate Crime, LLC v. Lennar Corporation and Does 1 Through 100*, Case No. 34-2017-00208469 (the "State Court Action"). CACC filed under seal a First Amended Complaint in the State Court Action on October 24, 2017;

**WHEREAS**, on January 24, 2018, the California Superior Court issued an order lifting the seal on the case (Dkt. 1-1 at 64-65);

**WHEREAS**, Lennar was served with the Complaint on April 17, 2018 (Dkt. 1 at 2);

**WHEREAS**, on May 17, 2018, Lennar timely filed a Notice of Removal with this Court pursuant to 28 U.S.C. §§ 1441, 1446, and 1452(a). Among other things, the Notice of Removal notified the Court that Relator's claims arise in, arise under, and relate to the prior jointly administered Chapter 11 bankruptcy cases of LandSource Communities Development LLC and certain of its affiliates captioned *In re LandSource Communities Development LLC et al.*, Case No. 08-11111 (Bankr. D. Del.) (the "Chapter 11 Cases"). The Notice of Removal informed the Court that Lennar intended to "promptly file" in the bankruptcy court a Motion to Reopen the Chapter 11 Cases for the Limited Purpose of Enforcing the Injunction and Release in the Chapter 11 Plan (*see* Dkt. 1);

**WHEREAS**, the following day, on May 18, 2018, Lennar commenced proceedings in Delaware by filing a Motion to Reopen the Chapter 11 Bankruptcy Cases for the Limited Purpose of Enforcing the Injunction and Release in the Debtors' Joint Chapter 11 Plan and Confirmation Order (the "Motion to Reopen") and attached to its Motion to Reopen a [Proposed] Motion to Enforce the Injunction and Release in the Debtors' Joint Chapter 11 Plan and Confirmation Order. Lennar's motions filed with the bankruptcy court are attached to this stipulation as **Exhibit A** (the "Delaware Action");

**WHEREAS**, the Delaware Bankruptcy Court (Hon. Carey) has set a hearing on the Motion to Reopen for July 17, 2018;

**WHEREAS**, the parties agree it would save judicial resources and avoid the risk of inconsistent results in parallel proceedings to allow the Delaware Bankruptcy Court an opportunity to hear and rule on Lennar's Motion to Reopen before proceedings in this Court (if any) should proceed;

**WHEREAS**, to that end, the parties respectfully jointly request a stay of proceedings in this Court pending resolution by the Delaware Bankruptcy Court of Lennar's Motion to Reopen;

**WHEREAS**, this Court has inherent authority to stay this case pending resolution of the Delaware Action, *see CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962);

**BASED UPON THE FOREGOING**, **THE PARTIES HEREBY STIPULATE** and request that the Court enter an Order that:

1. This case and all deadlines in place pursuant to the federal rules, the local rules, and the Court's Initial Pretrial Scheduling Order (Dkt. 2) are stayed pending resolution by the bankruptcy court of Lennar's Motion to Reopen;
2. The stay is entered without prejudice to the parties' ability to later amend their pleadings;
3. The stay is entered without prejudice to Defendant's ability to later seek transfer of this matter to the District of Delaware; and
4. The stay is entered without prejudice to the parties' ability to later petition (individually or together) the Court to lift the stay.

**IT IS SO STIPULATED.**

By: /s/ Robert Barnes (as authorized on 05/31/18)
Robert Barnes
*Attorneys for Relator*


By: /s/ David Marroso
David Marroso
*Attorneys for Defendant*

**IT IS SO ORDERED.**

Date: June 4, 2018

_____
Troy L. Nunley
United States District Judge